# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

No. 16-10914-BB

---

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

versus

ESTELLE STEIN,

                                            Defendant - Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

---

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.[1]

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in

---

[1] Judge Jill Pryor is recused from this case.

favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.